**Order Filed June 3, 2021.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00204-CV

### CCC GROUP, INC., Appellant

### V.

### ENDURO COMPOSITES, INC. AND J.P. MACK INDUSTRIES, LLC, Appellees

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2014-18092**

# O R D E R

The clerk's record was filed on April 10, 2019. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain (1) the cross-claim of CCC Group, Inc. against J.P. Mack Industries, LLC on which trial was held, or (2) the cross-claim of J.P. Mack Industries, LLC against CCC Group, Inc. on which trial was held. *See* Tex. R. App. P. 34.5(a)(1).

The Harris County District Clerk is directed to file a supplemental clerk's record on or before June 11, 2021, containing (1) "Defendant, CCC Group, Inc.'s Cross-Claim Against J.P. Mack Industries, LLC" filed in the trial court on September 9, 2015, and (2) "Defendant J.P. Mack Industries, LLC's Cross-Claim Against Defendant CCC Group, Inc.," filed in the trial court on September 15, 2015.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.